# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152047(72)

BARUCH SLS, INC.,
              Petitioner-Appellant,

v

TOWNSHIP OF TITTABAWASSEE,
              Respondent-Appellee.
_____/

SC: 152047
COA: 319953
Tax Tribunal: 00-395010;
            00-415093

       On order of the Chief Justice, the motion of amicus curiae Chelsea Health & Wellness Foundation to file a response to the brief submitted by amici curiae Michigan Townships Association, the Michigan Municipal League, the Michigan Association of Counties, the Michigan Association of School Boards, and the Public Corporation Law Section of the State Bar of Michigan is DENIED. The response submitted by Chelsea Health & Wellness Foundation on August, 5, 2016, is not accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016



Clerk